UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6297**

8 U.S.C. § § 1326(a), (b)(2)

CR-DIMITROULEAS

**MAGISTRATE JUDGE SNOW**



UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
vs. )
)
CLIVE WILLIAMS, )
a/k/a Michael Williams, )
)
Defendant. )
_____)

## INDICTMENT

The Grand Jury charges that:

On or about September 13, 2000, at Broward County, in the Southern District of Florida,

the defendant,

**CLIVE WILLIAMS
a/k/a Michael Williams,**

an alien, having previously been deported from the United States subsequent to a conviction for

the commission of an aggravated felony, was found in the United States, knowingly and

unlawfully, without the Attorney General having expressly consented to such alien's reapplying



for admission to the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

A TRUE BILL:

*Leonard Roth*

FOREPERSON

*Allen O'Connor jr.*
GUY A. LEWIS
UNITED STATES ATTORNEY

KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY

2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| v. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| CLIVE WILLIAMS _____ | **Superseding Case Information**: |

**Court Division**: (Select One)

New Defendant(s)   Yes ___   No ___
Number of New Defendants   ___
Total number of counts   ___

___ Miami   ___ Key West
_X_ FTL   ___ WPB   ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No) __no__
   List language and/or dialect _____

4. This case will take   _2-3_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)        (Check only one)

   | | | | | |
   |---|---|---|---|---|
   | I | 0 to 5 days | _X_ | Petty | ___ |
   | II | 6 to 10 days | ___ | Minor | ___ |
   | III | 11 to 20 days | ___ | Misdem. | ___ |
   | IV | 21 to 60 days | ___ | Felony | _X_ |
   | V | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No)  _No_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) __No__
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of __INS custody as of 10/2/00__
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No) _____No_____

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No   If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 100765

*Penalty Sheet(s) attached                                                           REV.6/27/00

## PENALTY SHEET

**Defendant's Name** CLIVE WILLIAMS          Case No. _____

==================================          ==========================================

Count #: 1

BEING FOUND IN THE UNITED STATES AFTER DEPORTATION

8 U.S.C. § § 1326(a), (b)(2)

**Max. Penalty:**     20 YEARS' IMPRISONMENT; $250,000 FINE
===================================================================================
Count #:



**Max. Penalty:**
===================================================================================
Count #:



**Max. Penalty:**
===================================================================================
Count #:



**Max. Penalty:**
===================================================================================
Count #.



**Max. Penalty:**
===================================================================================
Count #:



**Max. Penalty:**
===================================================================================
===================================================================================

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.