# *United States District Court*

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

CLIVE WILLIAMS, a/k/a Michael Williams

TO: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

CASE NUMBER: **00-6297-CR-DIMITROULEAS**

MAGISTRATE JUDGE SNOW

YOU ARE HEREBY COMMANDED to arrest __CLIVE WILLIAMS, a/k/a Michael Williams__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment | | Information | | Complaint | | Order of court | | Violation Notice | | Probation Violation Petition

charging him or her with (brief description of offense)

BEING FOUND IN THE UNITED STATES AFTER DEPORTATION

in violation of Title _8_ United States Code, Section(s) __1326(a), (b)(2)__

| Clarence Maddox | Court Administrator/Clerk of the Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |

_____  10/12/00 at Fort Lauderdale, Florida
Issuing Officer                  Date and Location

requested

Bail fixed at $ __PRETRIAL DETENTION__ by __LURANA S. SNOW, MAGISTRATE JUDGE__
Name of Judicial Officer

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev 12/85) Warrant for Arrest

