## *United States District Court*

DISTRICT OF __SOUTHERN__ DISTRICT OF __FLORIDA__   514344

UNITED STATES OF AMERICA

V.

CLIVE WILLIAMS, a/k/a Michael Williams

TO: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

CASE NUMBER: **00-6297**

CR - DIMITROULEA?

YOU ARE HEREBY COMMANDED to arrest __CLIVE WILLIAMS, a/k/a Michael Williams__
                                                                      Name

and bring him or her forthwith to the nearest magistrate to answer a(n)   MAGISTRATE JUDGE SNOW

|X| Indictment   | | Information   | | Complaint   | | Order of court   | | Violation Notice   | | Probation Violation Petition

charging him or her with (brief description of offense)

BEING FOUND IN THE UNITED STATES AFTER DEPORTATION

in violation of Title _8_ United States Code, Section(s) __1326(a), (b)(2)__

__Clarence Maddox__                          **Court Administrator/Clerk of the Court**
Name of Issuing Officer                       Title of Issuing Officer

_[signature]_                                 10/12/00 at Fort Lauderdale, Florida
Issuing Officer                               Date and Location

                    requested        LURANA S. SNOW
Bail fixed at $ __PRETRIAL DETENTION__   by __MAGISTRATE JUDGE__
                                              Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above named defendant at _____

Ft. Lauderdale, FL

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 10/12/00 | James A. Tassone<br>United States Marshal<br>Southern District of Florida   by: | _[signature]_ Edward Purchase, SDUSM |
| DATE OF ARREST<br>10/18/00 | | |

AO 442 (Rev 12/85) Warrant for Arrest

