## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | |
|---|---|
| DEFT: CLIVE WILLIAMS (J) | CASE NO: 00-6297-CR-DIMITROULEAS |
| AUSA: KATHLEEN RICE /Kay | ATTY: Rhinda Gelfman (Temp) |
| AGENT: INS | VIOL: 8:1326(a) |
| PROCEEDING: I/A ON INDICTMENT | RECOMMENDED BOND: PTD |
| BOND HEARING HELD - yes / no | COUNSEL APPOINTED: |
| BOND SET @: | To be cosigned by: |

*FILED by __ D.C.*
*OCT 18 2000*
*CLARENCE MADDOX*
*CLERK U.S. DIST. CT.*
*S.D. OF FLA. FT. LAUD.*

- ☐ Do not violate any law.     *Advised of Charges*
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.     *Counsel to be retained*
- ☐ Rpt to PTS as directed / or ____ x's a week/month by phone; ____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. ____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | 10-19 | 11 | Snow | |
| PTD/BOND HEARING: *Status* | 10-19 | 11 | Snow | |
| PRELIM/ARRAIGN. OR REMOVAL: | 10-19 | 11 | Snow | |
| STATUS CONFERENCE: | | | | |

DATE: 10/18/00　　TIME: 11:00　　FTL/LSS TAPE # 00 - 052　　Begin: 3204　　End: 3644