**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 00-6297-CR-DIMITROULEAS

UNITED STATES OF AMERICA

Plaintiff,

v.

CLIVE WILLIAMS

Defendant.

______________________/

**ORDER ON INITIAL APPEARANCE**

Language English
Tape No. 00- 052
AUSA Kathleen Rice
Agent INS




The above-named defendant having been arrested on October 18, 2000, having appeared before the court for initial appearance on October 18, 2000 and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon

**ORDERED** as follows:

1. Rhonda Gelfman appeared as permanent/temporary counsel of record.
Address: ______________________
Zip Code: __________ Telephone: __________
2. ______________________ appointed as permanent counsel of record.
Address: ______________________
Zip Code: __________ Telephone: __________
3. The defendant shall attempt to retain counsel and shall appear before the court at 11
on 10/19.
4. Arraignment/Preliminary/Removal/Identity hearing is set for 10/19 at 11 before Judge Snow.
5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because ______________________

A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for 10/19 at 11 before Judge Snow.
6. The defendant shall be released from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142: ______________________

This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:

__a. Surrender all passports and travel document to the Pretrial Services Office.
__b. Report to Pretrial Services as follows:______times a week /month by phone, ______time a week/month in person; other: ______________________
__c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.
__d. Maintain or actively seek full time gainful employment.
__e. Maintain or begin an educational program.
__f. Avoid all contact with victims of or witnesses to the crimes charged.
__g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
__h. Comply with the following curfew: ______________________
__i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.



_j. Comply with the following additional special conditions of this bond:____________________

____________________________________________________________

____________________________________________________________

This bond was set: At Arrest ________
On Warrant ___X___
After Hearing __/__

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is ________

____________________________________________________________

______ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED** at Ft. Lauderdale, Florida this 18th day of October, 2000.

Lurana S. Snow

**U. S. MAGISTRATE JUDGE**
**LURANA S. SNOW**

cc: Assistant U.S. Attorney
Defendant
Counsel
Copy for Judge
Pretrial Services/Probation