UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

    Plaintiff

v.

Clive Williams

    Defendant

CASE NO. **00-6297 CR - DIMITROULEAS**

REPORT COMMENCING CRIMINAL ACTION

**55502-004**

FILED by __ D.C.
OCT 19 2000
CLERENCE MADDOX
S.D. OF FLA. FT. LAUD.

TO: CLERK'S OFFICE
    U.S. DISTRICT COURT
    All items indicated are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: **10/18/00   7:00 am**
2. Spoken language: **English**
3. Offense(s) charged: **8 USC 1326 Reentry After Deport.**
4. U.S. Citizen  ☐ YES   ☒ NO   ☐ UNKNOWN
5. Date of birth: **04/13/61**
6. Type of charging document: (Check One)
   ☒ INDICTMENT   ☐ COMPLAINT TO BE FILED/ALREADY FILED
   CASE NO. **00-6297 CR Dimitrouleas**   CASE NO. _____
   DISTRICT: **Southern, Florida Ft. Lauderdale** (Where warrant or complaint is filed.)

   ☐ BENCH WARRANT FOR FAILURE TO APPEAR
   ☐ PROBATION VIOLATION WARRANT
   ☐ PAROLE VIOLATION WARRANT

   COPY OF WARRANT LEFT WITH BOOKING OFFICER:  ☒ YES   ☐ NO

   AMOUNT OF BOND. _____
   WHO SET BOND. _____

7. REMARKS: _____

8. DATE: **10/18/00**
9. **Tara Maguire** ARRESTING OFFICER
10. AGENCY: **US INS**
11. **305-762-3629** PHONE NO.