## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

**DEFT:** CLIVE WILLIAMS (J) 55502-004        **CASE NO:** 00-6297-CR-DIMITROULEAS

**AUSA:** KATHLEEN RICE _pre_        **ATTY:** Sheldon Zipkin

**AGENT:**        **VIOL:**

**PROCEEDING:** INQ RE CNSL / PTD HRG STATUS / ARRAIGNMENT        **RECOMMENDED BOND:** PTD

*FILED by __ D.C. OCT 19 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.*

**BOND HEARING HELD** - yes / no        **COUNSEL APPOINTED:**

**BOND SET @:** 100,000 CSB w/ Nebben        **To be cosigned by:**

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.

  Gov't reserves right to request PTD should deft seek to post bond.

- ☐ Rpt to PTS as directed / or ___ x's a week/month by phone; ___ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.

  Reading of Indictment Waived
  Not Guilty plea entered
  Jury trial demanded
  Standing Discovery Order requested

- ☐ No firearms.
- ☐ Curfew: ___
- ☐ Travel extended to: ___
- ☐ Halfway House ___

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | 11-9 | 11 | Snow | |

DATE: 10-19-00   TIME: 11:00   FTL/LSS TAPE # 00 - 054   Begin: 1395   End: 1504