

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6297-CR-Dimitrouleas

UNITED STATES OF AMERICA

vs

CLIVE WILLIAMS



ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on OCTOBER 19, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

| | |
|---|---|
| DEFENDANT: | Address: __CUSTODY_____ |
| | Telephone:_____ |
| DEFENSE COUNSEL: | Name:___SHELDON ZIPKIN, ESQ._____ |
| | Address:___2020 NE 163RD ST., SUITE 300__ |
| | ___NORTH MIAMI BEACH, FL 33162___ |
| | Telephone: _305/944-9100_____ |
| BOND SET/CONTINUED: | $____100,000 CORP SURETY WITH NEBBIA____ |

Bond hearing held: yes_____ no____ Bond hearing set for_____

Dated this __19TH__ day of __OCTOBER__, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By_____
Deputy Clerk

Tape No.____00-054_____

cc: Copy for Judge
    U. S. Attorney

