-cr-06297-WPD Document 12 Entered on FLSD Docket 10/27/2000

COPIES NOT PROVIDED
NON-COMPLIANCE U.S.D. fla. L.R. 5.1(A)(c)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6297 CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CLIVE WILLIAMS,
a/k/a Michael Williams,

    Defendant.
_____/

NOTICE OF APPEARANCE AND PLEA OF NOT GUILTY

COMES NOW, CLIVE WILLIAMS, Counsel for the Defendant, CLIVE WILLIAMS, and files this Notice of Appearance and Plea of not guilty, demand for discovery per the standing order and trial by jury in the above styled cause.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above has been mailed this 25th day of October 2000 to:

AUSA KATHLEEN RICE
500 East Broward Blvd.
Seventh Floor
Ft. Lauderdale, FL 33301

                      LAW OFFICES OF SHELDON ZIPKIN, P.A.
                      Attorney for Defendant
                      2020 N.E. 163rd Street, Suite 300
                      North Miami Beach, FL 33162
                      305-944-9100 or 954-525-5333
                      Fax: 305-940-3187
                      By: _____
                      SHELDON ZIPKIN, ESQUIRE
                      Florida Bar No.: 313300

File No.: 00-274

WILLIAMS.CLI\PLEA