```
                HONORABLE MAGISTRATE JUDGE LURANA S. SNOW
                              STATUS CONFERENCE
       (USM do not bring defendants for status hearing)
```

DEFT __MARION McCLEOD__                CASE NO: ~~00-6293-CR-FERGUSON~~
AUSA __BRUCE BROWN__   *m/o*           ATTY __FPD__ – Scot Hunt

David Joffe, Esq. for James Alce
Richard Della Fera, Esq. for Gary Williams
Michael Smith, Esq. for Damon Walters    M/due Dec 8    00-656
David Hodge, Esq. for Curtis Jones                      @ 2240
Howard Greitzer, Esq. Clemente Alexis


DEFT __CLIVE WILLIAMS__                CASE NO: __00-6297-CR-DIMITROULEAS__
AUSA __KATHLEEN RICE__                 ATTY __SHELDON ZIPKIN, ESQ.__

Cancel – set for trial – due rec'd
                                            @ 2371

DEFT __IVORY KNIGHTS__                 CASE NO: __00-6295-CR-DIMITROULEAS__
AUSA __BRUCE BROWN__ / *Schulz*        ATTY __FPD__ Sct Hunt for Scott
Due out –
                                            @ 2355
DEFT __MICHELE REID__                  CASE NO: __00-6310-CR-FERGUSON__
AUSA __JEFF KAY__                      ATTY __FPD__ Scot Hunt

due rec'd – no pending mot.                 @ 2439


DATE __11-9-00__                       TIME __11:00 A.M.__

