**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

FILED by _____ D.C.

DEC 0 1 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

---

CASE NUMBER: 00-6297-CR-WPD    DATE: December 01, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Cecil Williams

U.S. ATTORNEY: _____    DEFT. COUNSEL: _____

REASON FOR HEARING: _Calendar Call / Status Conf._

RESULT OF HEARING: _Deft's motion to continue is granted. Court notes trial and finds the time from today until trial is deemed excludable._

CASE CONTINUED TO: 12/29/00    TIME: 9:00    FOR: Cal Call

MISC: 1/2/01    9:00    2 week trial period