**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

FILED by _____ D.C.
DEC 29 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6297-CR-WD     DATE: December 29, 2000

COURTROOM CLERK: Karen A. Carlton     COURT REPORTER: Bob Ryckoff

PROBATION: _____     INTERPRETER: _____

UNITED STATES OF AMERICA     VS.     _____
U.S. ATTORNEY: Kathleen Rice     DEFT. COUNSEL: Sheldon Zipkin

REASON FOR HEARING: Calendar Call (Status)

RESULT OF HEARING: Change of Plea
Defendant enters guilty plea.

CASE CONTINUED TO: 3/9/01     TIME: 11:30     FOR: Sentencing

MISC: _____