UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO. 00-6297-CR-DIMITROULEAS

Plaintiff,

vs.

CLIVE WILLIAMS,

Defendant.

_____/

## ORDER RE-SETTING SENTENCING

THIS CAUSE having come before this Court on Probation's Request For Continuance of

Sentencing, it is

ORDERED AND ADJUDGED that the motion is hereby GRANTED. Sentencing is

reset to March 30, 2001 at 10:30 A.M.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this

day of February, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Sheldon Lee Zepkin, Esquire
2020 N.E. 163rd Street, #300
North Miami Beach, FL 33162

Kathleen Rice, AUSA
US Probation