**CRIMINAL MINUTES**

FILED _____ D.C.
MAR 3 0 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00-6297-CR-WPD   DATE: March 30, 2001

COURTROOM CLERK: Karen A. Carlton     COURT REPORTER: Bob Ryckoff

PROBATION: Tracy Webb     INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   Clive Williams

U.S. ATTORNEY: Kathleen Rice   DEFT. COUNSEL: Sheldon Zipkin

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed.
46 months BOP, 3 years supervised release
No Fine, $100.00 Assessment

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: W-1 Shirley Williams, wife
Deft Informed of Right to Appeal