PROB 12C  
(SD/FL 3/05)

SD/FL PACTS No. 65859

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-6297-CR-WPD</u>



FILED by _____ D.C.

MAY 16 2005

CLARENCE MADDOX  
CLERK U.S. DIST. CT.  
S.D. OF FLA. FT. LAUD.

## PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

Name of Offender: WILLIAMS, Clive

Name of Sentencing Judicial Officer: The Honorable William P. Dimitrouleas, United States District Judge, Southern District of Florida, Ft. Lauderdale Division

Date of Original Sentence: March 30, 2001

| | |
|---|---|
| Original Offense: | Illegally Being Found in the United States After Deportation Subsequent to a Conviction for an Aggravated Felony, in violation of Title 8, U.S.C. §1326(a) and (b)(2), a Class B Felony |
| Original Sentence: | Custody of the Bureau of Prisons for forty-six (46) months, followed by a term of three (3) years supervised release. With special conditions as follows: (1) at the completion of the defendant's term of imprisonment, the defendant shall be surrendered to the custody of the Immigration and Naturalization Service for deportation proceedings consistent with the Immigration and Nationality Act; (2) if deported, the defendant shall not re-enter the United states without the express permission of the United States Attorney General; the term of supervision shall be non-reporting if the defendant resides outside the United States; if the defendant should reenter the United States within the term of supervised release, the defendant is to report to the nearest United States Probation Office within 72 hours of his arrival; (3) the defendant shall participate in an approved treatment program for drug and/or alcohol abuse as directed by the U.S. Probation Office; participation may include inpatient/outpatient treatment, if deemed necessary; the defendant will contribute to the costs of serivces rendered (co-payment) in an amount determined by the probation officer, based on ability to pay, or availability of third party payment. |

Type of Supervision: Supervised Release                Date Supervision Commenced: March 30, 2004

Assistant U.S. Attorney:                                        Defense Attorney:  
Kathleen Rice                                                       Sheldon Lee Zipkin  
500 East Broward Boulevard, Seventh Floor       2020 Northeast 163 Street, Suite 300  
Ft. Lauderdale, Florida 33394-3002                    North Miami Beach, FL 33162  
(954) 356-7254                                                     (305) 944-9100

## PETITIONING THE COURT

[X]  To issue a warrant  
[ ]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:



PROB 12C  
(SD/FL 3/05)

SD/FL PACTS No. 65859

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Mandatory Conditions,** by failing to refrain from violation of the law. On or about April 22, 2005, in San Ysidro, San Diego, California, the defendant was arrested by the Customs and Border Patrol and charged with Attempted Entry After Deportation, in violation of Title 8, U.S.C. §1326. |
| 2. | **Violation of Special Condition,** by re-entering the United States without the written permission of the Attorney General of the United States. If the defendant re-enters the United States within the term of supervised release, he is to report to nearest U. S. Probation Office. On or about April 22, 2005, the defendant re-entered the United States without the written permission of the Attorney General as evidenced by his arrest. |

U.S. Probation Officer Recommendation:

The term of supervision should be
- [X] revoked.
- [ ] extended for _ years, for a total term of _ years.
- [ ] The conditions of supervision should be modified as follows:

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on ___May 11, 2005___

Newsetti C. McInnis  
U.S. Probation Officer  
Phone: 305-512-1820

THE COURT ORDERS:
- [ ] No Action
- [X] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [ ] Submit a Request for Modifying the Conditions or Term of Supervision

Signature of Judicial Officer

May 16, 2005  
Date