PROB 12C  
(SD/FL 3/05)

SD/FL PACTS No. 65859

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-6297-CR-WPD</u>

FILED by _____ D.C.
MAR 17 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## SUPERSEDING PETITION FOR OFFENDER UNDER SUPERVISION

Name of Offender: **WILLIAMS, Clive**

Name of Sentencing Judicial Officer: The Honorable William P. Dimitrouleas, United States District Judge, Southern District of Florida, Ft. Lauderdale Division

Date of Original Sentence: March 30, 2001

| | |
|---|---|
| Original Offense: | Illegally Being Found in the United States After Deportation Subsequent to a Conviction for an Aggravated Felony, in violation of Title 8,U.S.C. §1326(a) and (b)(2), a Class B Felony |
| Original Sentence: | Custody of the Bureau of Prisons for 46 months, followed by a term of three (3) years supervised release. With special conditions as follows: (1) at the completion of the defendant's term of imprisonment, the defendant shall be surrendered to the custody of the Immigration and Naturalization Service for deportation proceedings consistent with the Immigration and Nationality Act; (2) if deported, the defendant shall not re-enter the United states without the express permission of the United States Attorney General; the term of supervision shall be non-reporting if the defendant resides outside the United States; if the defendant should reenter the United States within the term of supervised release, the defendant is to report to the nearest United States Probation Office within 72 hours of his arrival; (3) the defendant shall participate in an approved treatment program for drug and/or alcohol abuse as directed by the U.S. Probation Office; participation may include inpatient/outpatient treatment, if deemed necessary; the defendant will contribute to the costs of serivces rendered (co-payment) in an amount determined by the probation officer, based on ability to pay, or availability of third party payment. |

Type of Supervision: Supervised Release

Date Supervision Commenced: March 30, 2004

Assistant U.S. Attorney:  
Kathleen Rice  
500 East Broward Boulevard, Seventh Floor  
Ft. Lauderdale, Florida 33394-3002  
(954) 356-7254

Defense Attorney:  
Sheldon Lee Zipkin  
2020 Northeast 163 Street, Suite 300  
North Miami Beach, FL 33162  
(305) 944-9100

## PETITIONING THE COURT

[ ] To issue a warrant  
[ ] To issue a summons  
**[X] Superseding Petition**  
The probation officer believes that the offender has violated the following condition(s) of supervision:

