# UNITED STATES DISTRICT COURT
*Southern District of Florida*

UNITED STATES OF AMERICA ) Case Number: CR 00-6297-D ~~~
         Plaintiff )
                   ) REPORT COMMENCING CRIMINAL
     -vs-      )          ACTION
Williams, Clive ) 55502 004
         Defendant    USMS NUMBER

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO: Clerk's Office    MIAMI    (FT. LAUDERDALE)    W.PALM BEACH
    U.S. District Court              FT. PIERCE
                               (circle one of above)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 6/6/06        am/pm

(2) Language Spoken: English

(3) Offense(s) Charged: Probation Violation

(4) U.S. Citizen [ ] Yes   [X] No   [ ] Unknown

(5) Date of Birth: 4/13/61

(6) Type of Charging Document: (check one)
    [ ] Indictment    [ ] Complaint to be filed/already filed
    Case#_____

    [ ] Bench Warrant for Failure to Appear
    [X] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: S/FL

    COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ]YES [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: _____ (9) Arresting Officer: _____

(10) Agency: _____ (11) Phone: _____

(12) Comments: _____