## COURT MINUTES

### U.S. MAGISTRATE JUDGE BARRY S. SELTZER- FORT LAUDERDALE, FLORIDA ROOM 110

DEFT: CLIVE WILLIAMS (J)# 55502-004   CASE NO: 00-6297-CR-DIMITROULEAS

AUSA: DUTY (Lynn Rosenthal)   ATTY:

AGENT:   VIOL: SUPERVISED RELEASE VIOLATION

PROCEEDING: I/A SS VIOLATION OF SUPERVISED RELEASE   RECOMMENDED BOND:

BOND HEARING HELD - yes / no   COUNSEL APPOINTED: FPD (Wilcox)

BOND SET @:   To be cosigned by:

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or ____ x's a week/month by phone; ____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew:
- ☐ Travel extended to:
- ☐ Halfway House

1- Present in court w/ counsel.
2- Advised of charges. Request court appt of counsel. Sworn/test. Court finds deft indigent. Appoints FPD.
Govt Request No Bond.
1- Waives Prel/Deten Hrg.
Signed waiver.
Wishes to proceed before Dist Judge. No Bond Hrg Held.

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:   PLACE:

INQUIRY RE COUNSEL:

PTD/BOND HEARING:

PRELIM/ARRAIGN. OR REMOVAL:

STATUS CONFERENCE:

DATE: 6/7/06   TIME: 11:00 A.M.   FTL/BSS TAPE # 06- 32   Begin: 3155   End: 3370

Called 33-295-310