PROB 19a                                                                SD/FL PACTS No. 65859

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 00-6297-CR-WPD

U.S.A. vs CLIVE WILLIAMS

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

| WARRANT FOR ARREST OF SUPERVISED RELEASEE | | | |
|---|---|---|---|
| You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the court. | | | |

| NAME OF SUPERVISED RELEASEE<br>Clive Williams | SEX<br>Male | RACE<br>Black | AGE<br>43 |
|---|---|---|---|

| ADDRESS (STREET,CITY,STATE)<br>Custody with Southern District of California | | | |
|---|---|---|---|

| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT)<br>The Honorable William P. Dimitrouleas, Southern District of Florida | DATE IMPOSED<br>March 30, 2001 |
|---|---|

| TO BE BROUGHT BEFORE (NAME OF COURT,CITY,STATE)<br>The Honorable William P. Dimitrouleas, Southern District of Florida | |
|---|---|

| CLERK<br>Clarence Maddox | (BY) DEPUTY CLERK | DATE |
|---|---|---|

| RETURN | | |
|---|---|---|
| **Warrant received and executed.** | DATE RECEIVED<br>6/6/05 | DATE EXECUTED<br>6/6/06 |

| EXECUTING AGENCY (NAME AND ADDRESS)<br>USMS Miami | | |
|---|---|---|

| NAME  Christina Pharo, US Marshal<br>S/D  FL | (BY)<br>Sabrina Livingston, ASDUSM | DATE<br>6/6/06 |
|---|---|---|

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for  Southern  District of  Florida  ;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

