UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6297-CR-DIMITROULEAS

UNITED STATES OF AMERICA,    :

    Plaintiff,    :

vs.    :

CLIVE WILLIAMS,    :

    Defendant.    :
_____/

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By:_____
Timothy M. Day
Assistant Federal Public Defender
Florida Bar No. 360325
1 E. Broward Boulevard
Suite 1100
Fort Lauderdale, Florida  33301
(954) 356-7436
(954) 356-7556 (fax)
Timothy_Day@fd.org



## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this ____ day of June, 2006 to the United States Attorney's Office, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301 and to Ms. Newsetti McInnis, United States Probation Office, 14601 Oak Lane, Miami Lakes, Florida 33016.

_____
Timothy M. Day

J:\Williams, Clive Reg55502-004\Pleadings\ASSIGN