UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
JUN 16 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

V.                                         CASE NO. 00-6297-CR--DIMITROULEAS
CLIVE WILLIAMS

TYPE OF CASE:                CRIMINAL

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN **SET** AS FOLLOWS:

PLACE:
299 E. BROWARD BLVD.           **COURTROOM 205B**
FT. LAUDERDALE, FL 33301        DATE & TIME:
                                **June 23, 2006 at 9:00 AM**

TYPE OF
HEARING:    Status Conference on Supervised Release Violation

CLARENCE MADDOX,
CLERK OF COURT

_[signature]_

DATE: June 16, 2006            BY DEPUTY CLERK

cc:   Lynn Rosenthal, AUSA
      Timothy Day, AFPD
      Newsetti McInnis, USPO