## CRIMINAL MINUTES

FILED by ___ D.C.
JUN 23 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6297-CR-WPD   DATE: June 23, 2006

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   VS. Clive Williams

U.S. ATTORNEY: Robin Waugh for Lynn Rosenthal   DEFT. COUNSEL: Tim Day

REASON FOR HEARING: Final Revocation / Sentencing

RESULT OF HEARING: On Supervised Release Violation Deft admits allegations. Supervised Release is revoked. Deft adjudicated Guilty. Deft sentenced to 8 months BOP. This sentence to run consecutive to any remaining sentence on the sentence out of the Southern District of California. No further conditions. Court recommends designation to FCI Coleman, Florida.

CASE CONTINUED TO: _____   TIME: _____   FOR: _____

MISC: Deft informed of Right to Appeal.

