FILED by _____ D.C.

JUN 23 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE  NO. 00-6297-CR-DIMITROULEAS

UNITED STATES OF AMERICA

VS.

CLIVE WILLIAMS

Marshal # 55502-004

JUDGMENT & COMMITMENT UPON
REVOCATION OF SUPERVISED
RELEASE

THIS CAUSE came before the Court on the 23rd day of June, 2006  for final hearing for the revocation of the defendant's Supervised Release.

On the 30th day of March, 2001,  this defendant was sentenced to a period of Incarceration and Supervised Release imposing certain terms and conditions for the defendant to comply with. It appearing to the court that the defendant has violated the terms and conditions of his Supervised Release.  It is thereupon:

ORDERED AND ADJUDGED that the Supervised Release heretofore imposed by this Court and the same is hereby REVOKED. The defendant is remanded to the custody of the U.S. Marshal.

ORDERED that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of **Eight (8) Months** to run consecutive to any remaining sentence, if any, out of the Southern District of California . No further conditions of supervised release are imposed. The Court recommends that the defendant be designated to FCI Coleman, Florida.

DONE AND ORDERED at the United States District Court, Fort Lauderdale, Florida  this 23 day  of June, 2006.

WILLIAM P. DIMITROULEAS
United States District Judge

cc:    Lynn Rosenthal, AUSA
        Timothy Day, AFPD
        U.S. Probation
        U.S. Marshal